AO 450 (Rev. 5/85)

# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STANFORD E.E. McPHERSON, JR., ) <br> a/k/a CHRIS RATTIS, ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> HIGHLANDER RENTALS, INC., and ) <br> MS. CHARLENE, ) <br>         Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:07-CV-162-F** |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and Plaintiff's Complaint is DISMISSED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 21, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Stanford El Christopher McPherson, Jr
0816189
Brown Creek Correctional Institution
P.O. Box 310
Polkton, NC 28135

| | |
|---|---|
| May 21, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |